# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

149947

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JON PAUL KEAN,
   Defendant-Appellant.

SC: 149947
COA: 321446
Kalamazoo CC: 2008-001131-FH

_____/

  By order of December 30, 2014, the application for leave to appeal the June 30, 2014 order of the Court of Appeals was held in abeyance pending the final disposition of this case in the Court of Appeals. On order of the Court, the Court of Appeals having decided this case on August 4, 2015, the application is again considered, along with the defendant's September 18, 2015 supplement, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2016



Clerk

a0516